FILED

2014 MAY 12  AM 8:49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

v.

JOSE VALDEZ ANAYA

DEFENDANT(S).

CASE NUMBER: CR14-00267

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 05-12-2014, 830  ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☒  No ☐
3. Charges under which defendant has been booked:
   21 USC 846 (CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE)
4. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes  ☐ No  ☒ Unknown
6. Interpreter Required: ☒ No  ☐ Yes: _____ (Language)
7. Year of Birth: 1955
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?  ☒ No
    ☐ Yes  Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?  ☐ No
    ☒ If yes, please list Officer's Name: DUTY  Time: 840 ☒ AM / ☐ PM
14. Remarks (if any): _____

15. Date: 05-12-2014
16. Name: SA MELISSA SCHNEIDER (Please Print)
17. Agency: DEA
18. Signature: _____
19. Office Phone Number: 213-621-7030

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION