# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:14-CR-00267      Recorder: Lisa Gonzalez      Date: 05/12/2014

Present: The Honorable Victor B. Kenton, U.S. Magistrate Judge

Court Clerk: Roxanne Horan      Assistant U.S. Attorney: Christopher Pelham

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 11.) JOSE VALDEZ ANAYA <br>      CUSTODY-PRESENT | 11.) REUVEN L. COHEN <br>      PANEL | 11.)SPANISH | 11.)JESUS RIVERA |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Case is under seal and these proceedings are held under seal.

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Michael W. Fitzgerald.
It is ordered that the following date(s) and time(s) are set:
     Jury Trial 7/8/2014 at 8:30 AM
     Status Conference 6/2/2014 at 3:00 PM
     Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: RH by TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, Interpreter, USMLA

5/14/2014