# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR CR 14 00267 MWF |
| v. | | |
| JOSE VALDEZ ANAYA | | **WARRANT FOR ARREST** |
| 67735-112 | Defendant(s) | **UNDER SEAL** |

TO:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest  **JOSE VALDEZ ANAYA**
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): □ Complaint   ■ Indictment
□ Information   □ Order of Court      □Probation Violation Petition   □ Violation Notice
Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances;
Distribution of Methamphetamine;
Possession with Intent to Distribute Methamphetamine on Premises in Which a Juvenile is
Present and Resides;
Aiding and Abetting**

in violation of Title **21:18:** United States Code,
        Section(s)  **846:841(a)(1), 841(b)(1)(A)(viii), 2(a):856(a)(1), 2(a):860a, 2(a):**

| Terry Nafisi | | May 9, 2014        LOS ANGELES, CALIFORNIA |
|---|---|---|
| NAME OF ISSUING OFFICER | | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | | |
| TITLE OF ISSUING OFFICER | | BY:   PATRICK J. WALSH |
| SIGNATURE OF DEPUTY CLERK | | NAME OF JUDICIAL OFFICER |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

ARRESTED WITHIN THE C/CA
ON:
SIGNED:

| DATE RECEIVED | | NAME OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**