# UNITED STATES PROBATION OFFICE
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:14-CR-00148-JFW |
| vs. | |
| JOSE SALVADOR ZAMORA | **WARRANT FOR ARREST** |
| Defendant(s) | |

30209-298

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest JOSE SALVADOR ZAMORA and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Order of Court  ☒ Violation Petition  ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18 United States Code, Section(s) 3583(e)(3)

FILED 2014 MAY 16 PM 3:3[_] CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY: ___

| Terry Nafisi | MARCH 13, 2014, LOS ANGELES |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | |
| [signature] | BY: JOHN F. WALTER |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

*[Stamp overlay:]* ARRESTED WITHIN THE C/CA BY: USMS - DETAINER p/u ON: 5/13/14 SIGNED: [initials]

**WARRANT FOR ARREST**

CR-12 (07/04)  PAGE 1 of 2