AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Central _____ District of _____ California

UNITED STATES OF AMERICA
           Plaintiff (s),
V.
JOSE VALDEZ ANAYA
           Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: CR 14-267-MWF

Notice is hereby given that, subject to approval by the court, __Jose Valdez Anaya__ substitutes
                                                                                                    (Party (s) Name)

__Steve Escovar__, State Bar No. __174961__ as counsel of record in
(Name of New Attorney)

place of __Reuven Louis Cohen (State Bar No.: 231915)__.
                     (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:       Steve Escovar
    Address:          78 Orange Place
    Telephone:       626-577-7700       Facsimile  626-577-7749
    E-Mail (Optional):  escovar@aol.com

I consent to the above substitution.
Date:   8-27-14                                      (Signature of Party (s))

I consent to being substituted.
Date:   8/28/14                                     (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   8/25/2014                                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]