AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____California_____

UNITED STATES OF AMERICA

Plaintiff (s),

v.

JOSE VALDEZ ANAYA

Defendant (s),

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER:  CR 14-267-MWF

Notice is hereby given that. subject to approval by the court,  __Jose Valdez Anaya__  substitutes
(Party (s) Name)

__Steve Escovar__ . State Bar No.  __174961__  as counsel of record in place of
{Name of New Attorney}

__Reuven Louis Cohen__ (State Bar No.: 231915)
{Name of Attorney (s) Withdrawing Appearance}

Contact information for new counsel is as follows:

| | |
|---|---|
| Finn Name: | Steve Escovar |
| Address: | 78 Orange Place |
| Telephone: | 626-577-7700   Facsimile   626-577-7749 |
| E-Mail (Optional): | escovar@aol.com |

I consent to the above substitution.

Date:  __8/27/2014__

(Signature of Party (s))

I consent to being substituted.

Date:  __8/28/2014__

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  __8/25/2014__

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  __September 9, 2014__

Judge

Note: A separate consent order of substitution must be filed by each new at1orney wishing to enter an appearance.