UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 14-267-MWF**                                                            Dated: December 30, 2014

==================================================================

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present | AUSA Christopher |
| Courtroom Deputy | Court Reporter | Pelham |
| | | Asst. U.S. Attorney |
| | | Not Present |

==================================================================

U.S.A. v. (Dfts listed below)                          Attorneys for Defendants

11)   Jose Valdez Anaya (**CUSTODY**)           11)   Steve Escovar, Rtnd.
      Not Present                                      Not Present

_____

**PROCEEDINGS (IN CHAMBERS):**   **ORDER SETTING GUILTY PLEA/ CHANGE OF PLEA HEARING**

At the request of counsel, a Change of Plea hearing is set for January 5, 2015, at 3:00 p.m., before Judge Michael W. Fitzgerald in Courtroom 1600, 312 North Spring Street, 16th Floor, Los Angeles.

**IT IS SO ORDERED.**

cc:   USPO
      PSALA
      USM