UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 14-267-MWF-11**                                          Dated: January 5, 2015
===============================================================
PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | Rosalyn Adams | AUSA Christopher |
| Courtroom Deputy | Court Reporter | Pelham |
| | | Asst. U.S. Attorney |
| | Sharon Spence | |
| | Interpreter | |

===============================================================
U.S.A. vs (Dfts listed below)                          Attorneys for Defendants

11)   Jose Valdez Anaya                         11)   Steve Escovar
      present in custody                              present retained

PROCEEDINGS:   CHANGE OF PLEA AND SETTING OF SENTENCING DATE

Case called, and counsel make their appearance.  The Change of Plea hearing is held.

Defendant is sworn.  Plea agreement was filed December 22, 2014 [115].  The plea agreement is incorporated and made a part of this proceeding.  Government counsel states he will file another copy of the plea agreement, without notations; thereafter, the previous plea agreement is **Ordered Stricken.**

Defendant withdraws his previously entered plea of not guilty and enters a plea of Guilty to Count 3 of the Indictment.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea.  The Court finds that the defendant, Jose Valdez Anaya, has entered his plea freely and voluntarily with a full understanding of the charges against him and the consequences of his plea.  The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **April 6, 2015, at 3:00 pm,** for sentencing. The Status Conference on February 9, 2015 and the Jury Trial on February 24, 2015 are hereby vacated, as to this defendant only. The defendant is ordered to return on this date.

cc:   PSA
      USPO

Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy. Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing. Failure to meet these deadlines is grounds for sanctions.