UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United State of America<br><br>PLAINTIFF(S),<br>v.<br>Jose Valdez Anaya<br><br>DEFENDANT(S), | CASE NUMBER<br>2:14-00267 MWF<br><br>NOTICE OF CLERICAL ERROR |

TO: U. S. District Judge(s)
U. S. Magistrate Judge(s)
Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☑ docket entry    have/has been corrected as indicated below.

Title of Scanned Document: ARREST WARRANT RETURNED

Filed Date: 5/16/2014    Document Number: 78

☐ Incorrect case number ___ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is ___

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are ___

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are ___.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge ___ to ☐ Judge ☐ Magistrate Judge ___. The initials of the new judge(s) are ___

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number ___ has been reassigned to new case number ___

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from ___ to ___

☐ Document has been re-numbered as document number ___

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is ___

☐ Document is missing page number(s): ___

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: ___

☑ Other: Document #78 was docketed as to defendant Jose Valdez Anaya. Warrant for Arrest Returned has been correctly docketed under CR 14-00148-JFW.

CLERK, U.S. DISTRICT COURT

Date   May 4, 2015      By: /s/ J. Lam (Jenny_Lam@cacd.uscourts.gov)
                              Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*

G-11 (06/05)    **NOTICE OF CLERICAL ERROR**